IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MOMBASA DOUGLAS,

                    Petitioner,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D14-3862

STATE OF FLORIDA,

                    Respondent.

_____/

Opinion filed January 7, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Mombasa Douglas, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    DENIED.  See Munn v. Fla. Parole Comm'n, 807 So. 2d 733 (Fla. 1st DCA 2002) (holding that where the trial court has issued a recent order to show cause on a pending pleading, mandamus relief is not warranted).

BENTON, CLARK, and SWANSON, JJ., CONCUR.